IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CAROL ANN HERTZOG,<br><br>Plaintiff,<br><br>v.<br><br>MT. CARMEL TOWNSHIP and<br>BRYAN POLIFKA,<br><br>Defendants. | No. 4:23-CV-01572<br><br>(Chief Judge Brann) |

# ORDER

### OCTOBER 6, 2023

In accordance with the accompanying Memorandum Opinion, **IT IS HEREBY ORDERED** that:

1. Hertzog's motion to proceed *in forma pauperis* (Doc. 4) is **GRANTED**;

2. Hertzog's amended complaint (Doc. 7) is **DISMISSED** without prejudice;

3. Hertzog's motion for a temporary restraining order (Doc. 8) is **DENIED** without prejudice; and

4. Hertzog may refile this action in state court or, if she wishes, file before this Court, within 30 days of the date of this Order, a second amended complaint that addresses the deficiencies identified in the Court's accompanying Memorandum Opinion.

BY THE COURT:

*s/ Matthew W. Brann*
Matthew W. Brann
Chief United States District Judge